## Terry RAATZ, Respondent,

v.

## UNITOG RENTAL SERVICES and Specialty Risk Services, Relators,

and

## Walgreen Company, Intervenor.

### No. C6–01–1975.

Supreme Court of Minnesota.

Jan. 30, 2002.

Jeffrey J. Lindquist, Pustorino, Tilton, Parrington & Lindquist, PLLC, Minneapolis, for relators.

Russell J. LaCourse, LaCourse Law Office, P.A., Duluth, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 16, 2001, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $600 in attorney fees.

BY THE COURT:

/s/ PAUL H. ANDERSON,
Associate Justice